AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Kansas

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No.  23-MJ-_6006_01-KGG |
| INFORMATION ASSOCIATED WITH LIVEME ACCOUNT | ) | |
| MEGAN, SID 42087495 THAT IS STORED AT PREMISES | ) | |
| CONTROLLED BY LIVE ME AMERICA INC. | ) | |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
INFORMATION ASSOCIATED WITH LIVEME ACCOUNT MEGAN, SID 42087495 THAT IS STORED AT PREMISES CONTROLLED BY LIVE ME AMERICA INC.

located in the _____Central_____ District of _____California_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251 | Production of Child Pornography |
| 18 U.S.C. § 2252/2252A | Offense relating to the Sexual Exploitation of Children |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_Brittany A. Bayles_
*Applicant's signature*

Brittany A. Bayles, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed telephonically.

Date: 1/11/2023

City and state:  Wichita, Kansas

*Judge's signature*

Honorable Kenneth G. Gale, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

IN THE MATTER OF THE SEARCH OF:

INFORMATION ASSOCIATED WITH
LIVEME ACCOUNT **MEGAN, SID
42087495** THAT IS STORED AT
PREMISES CONTROLLED BY LIVE ME
AMERICA INC.

Case No. _23 - MJ - 6006 - 01 - KGG_

## AFFIDAVIT IN SUPPORT OF APPLICATION
## FOR SEARCH WARRANT

I, Brittany A. Bayles, Special Agent of the Federal Bureau of Investigation, hereinafter

referred to as Your Affiant, being duly sworn, do hereby depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant for information

associated with LiveMe account **Megan, SID 42087495**, that is stored at premises

controlled by Live Me America Inc., an online social networking and live streaming service

company with headquarters at 7988 Santa Monica Boulevard, Suite A & B, West

Hollywood, CA 90046. The information to be searched is described in the following

paragraphs and in Attachment A.  This affidavit is made in support of an application for a

search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require

Live Me America Inc. to disclose to the government records and other information,

including the content of communications, in its possession pertaining to the subscriber or

customer associated with the account annotated in this paragraph.

2.      I have been employed as a Special Agent of the FBI since February 2022 and am currently assigned to the FBI Kansas City Division, Wichita Resident Agency. As a Special Agent of the FBI, I am authorized to investigate violations of laws of the United States, and I am a law enforcement officer with authority to execute arrest and search warrants under the authority of the United States, including violations of Title 18, United States Code §§ 2252, 2252A, and 2251. I have participated in a wide variety of criminal investigations, to include violent crime, crimes against children, human trafficking, major theft, and other federal crimes. I have participated in the preparation and execution of many search warrants, including, but not limited to, those involving the sexual exploitation of minors and certain activities relating to material constituting or containing child pornography.

3.      As will be shown below, there is probable cause to believe that certain LiveMe accounts contain information indicative of being used to receive and possess child pornography, in violation of 18 U.S.C. §§ 2252 and 2252A or used to produce child pornography in violation of 18 U.S.C. § 2251. I submit this application and affidavit in support of a search warrant authorizing the search of the LiveMe account further described in Attachment A. Located within the devices to be searched, I seek to seize evidence, fruits, and instrumentalities of the foregoing criminal violations, which relate to the knowing transportation, shipment, receipt, possession, production and distribution of child pornography, as further described in Attachment B.

4.      The information in this affidavit is information known to me as a result of my participation in this investigation or is information that has been communicated to me by other law enforcement investigators and witnesses, involved in this investigation. Since this affidavit is being submitted for the limited purpose of supporting a search warrant, I have not

included each and every fact known to me concerning this investigation. Instead, I have set forth only those facts that I believe are necessary to establish the existence of probable cause to support a search warrant.

## INVESTIGATION/PROBABLE CAUSE

5.    In September 2022, an OCE assigned to the FBI Child Exploitation Human Trafficking Task Force in Salt Lake City, Utah was connected to the internet in an online undercover capacity. The OCE was logged into the application LiveMe, in an undercover capacity, for the purpose of identifying individuals who were involved in the sexual exploitation of children.

6.    On September 19, 2022 an individual with LiveMe profile identifier "42087495," using the screenname "Megan" was observed to have a sexual interest in incest/children. During the course of the online undercover session, the OCE observed the aforementioned LiveMe user was a member of the known child pornography group titled "Kelly's fam" and other known child pornography groups. Members within this group distributed videos/images of child rape, described as pre-pubescent age children, including infants and toddlers, engaged in sexual acts with adults and other children. Members within this group must distribute child pornography to maintain their membership within the group.

7.    On or about September 19, 2022, an FBI Online Covert Employee ("OCE") in the FBI Salt Lake City Field Office connected to the internet in an undercover capacity. The OCE was logged into the application LiveMe for the purpose of identifying individuals involved with the sexual exploitation of children.

8.    On or about the same date (September 19, 2022), the OCE identified an individual with LiveMe profile identifier "42087495" and using the screenname "Megan" posted a link

that appeared to be similar format to the other links being posted that contained child pornography. Upon clicking on the link, an "error" message occurred.

9.      In September 2022, an administrative subpoena was served on LiveMe America, Inc. regarding the screenname and profile identifier "42087495". LiveMe America. Inc. provided the following information:

> Name: Megan
> ID: 42087495
> Created On: 07/06/2019
> Phone: 316-869-7362
> Device Model: Iphone

10.     The response from LiveMe America, Inc. also showed the account was accessed multiple times from IP address 98.186.52.132. An IP address lookup revealed it was registered to Cox Communications.

11.     In October 2022, pursuant to an administrative subpoena, Cox Communications provided the following subscriber information for the IP address 98.186.52.132:

> Name: Nawal A. Abunimeh
> Address: 1830 N. Lakeside Dr.
>          Andover, Kansas 67002
> Phone: 316-993-1454
>        316-869-7362

12.     In October 2022, an administrative subpoena was served to T-Mobile for subscriber information for telephone number 316-869-7362; the telephone number identified in LiveMe America, Inc.'s response for user information. In October 2022, T-Mobile provided the following subscriber information:

> Name: Mohamad Sleiman
> 1830 N Lakeside Dr.
> Andover, KS 67002
> Start: 10/14/2021

13.    Further review revealed the following identifying information for the likely subject:

> Name: Bilal Mohamad Sleiman
> Sex: Male
> DOB: XX/XX[1]/2002
> DL: Kansas #K03909136
> Phone: 316-869-7362
> Address: 1830 N Lakeside Dr., Andover, KS 67002

14.    Historical information was obtained from the Wichita Police Department relative to the above subject's involvement with child pornography. More specifically, in June 2020, the Wichita Police Department investigated a child pornography report from Instagram which resolved to Bilal Mohamad Sleiman as the subject. Instagram reported the user "bilal.m.sleiman", had uploaded files identified as child pornography, including an image of a prepubescent female made to perform oral sex on a male dog, an image of a prepubescent female with her hands bound above her head and blindfolded subjected to vaginal penetration, and an image of a prepubescent female with an adult hand spreading the vaginal area open. User information for the account resolved to Bilal Mohamad Sleiman.  Importantly, the telephone number associated with the Instagram account reported in 2020 is the same telephone number associated with the LiveMe account described above.

15.    The LiveMe account observed by the OCE appears to have been created before, and operated after, the WPD investigation.  Like the Instagram account, the LiveMe account appears to be used to engage in child sexual exploitation activity with other offenders and likely contains similar content as previously observed in the Instagram account.

16.    Based upon the aforementioned information, the computers of LiveMe America Inc., are likely to contain child pornography as well as stored electronic communications and

---

[1] The month and date of birth is known to law enforcement but has been redacted here.

information concerning the subscriber and the subscriber's use of LiveMe, including account access information, transaction information, contacts, and other account information, which would constitute evidence as further described in Attachment B relating to violations of 18 U.S.C. § § 2252, 2252A, and 2251.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

17.    I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Live Me America Inc. to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B, all of which are areas that may contain evidence identifying the user or reveal fruits or evidence of the crimes under investigation. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

18.    Based on the foregoing, I request that the Court issue the proposed search warrant.

19.    Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. The government will execute this warrant by serving it on LiveMe America Inc. Because the warrant will be served on LiveMe America Inc., who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

20.    This Court has jurisdiction to issue the requested warrant because it is a "court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A)

& (c)(1)(A).  Specifically, the Court is a district court of the United States that has

jurisdiction over the offense being investigated 18 U.S.C. § 2711(3)(A)(i).

21.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not

required for the service or execution of this warrant.

## REQUEST FOR SEALING

22.     I further request that the Court order that all papers in support of this application,

including the affidavit and search warrant, be sealed until further order of the Court.

These documents discuss and ongoing criminal investigation that is neither public nor

known to all of the targets of the investigation.  Accordingly, there is good cause to seal

these documents because their premature disclosure may seriously jeopardize that

investigation.

Respectfully submitted,

Brittany A. Bayles
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me telephonically on this  11TH day of January 2023.

Kenneth G. Gale
United States Magistrate Judge

## ATTACHMENT A

### Property to Be Searched

LiveMe account **Megan, SID 42087495**, that is stored at premises controlled by LiveMe America Inc., an online social networking and live streaming service company with headquarters at 7988 Santa Monica Boulevard, Suite A & B, West Hollywood, CA 90046.

## **ATTACHMENT B**

### **Particular Things to be Seized**

I.     **Information to be disclosed by LiveMe**

To the extent that the information described in Attachment A is within the possession, custody, or control of Live Me America Inc. ("LiveMe"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to LiveMe, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), LiveMe is required to disclose the following information to the government for each user ID listed in Attachment A:

a.  All user identifying information provided to or collected by LiveMe during the registration process or at any time thereafter, including usernames, email accounts, phone numbers, device identifiers, internet protocol (IP) logs, location or GPS information;

b.  All internet Protocol (IP) logs, to include registration IP information and historical IP logs for the account;

c.  All communications between LiveMe and the user, including communications sent to secondary accounts associated with the user;

d.  All contact lists, address books, friends lists, or other lists of correspondents, including information relating to membership and attempts to join online groups (FAMS);

e.  All images or videos associated with the account, including EXIF and other metadata about the images or videos, and video replays;

f.  All messages associated with the account, including direct messaging (DM) logs;

g.  All web history, search history, cookies, web beacons, or pixel tags;

h.  Information about devices used for access;

    i.  Any records pertaining to the means and source of payment for services (including any credit card or bank account number or digital money transfer account information).

**II.    Information to be seized by the government**

The government is authorized to search the information provided under Part I of Section B (above), for all information that constitutes evidence identifying the user or that constitutes fruits, evidence, and/or instrumentalities of violations of 18 U.S.C. § 2252, 2252A, and 2251, including the following items:

    a.  Any and all information that identifies the user of the account, including but not limited to registration information, associated email accounts, associated phone numbers, IP logs, device identifiers, location or GPS information, associated financial accounts, images or videos of the user, and communications that pertain to the user's identity;

    b.  Any and all child pornography;

    c.  Any and all records relating to the production, distribution, receipt, or possession of child pornography, including but not limited to messages, messaging logs, video replays, IP logs, device identifiers, location or GPS information, EXIF data, contacts, and group memberships;

    d.  Any and all records indicating an interest in child pornography or the sexual abuse or exploitation of children, including but not limited to messaging, web history, search history;

    e.  Any and all information pertaining to contacts or "friends" that may be able to identify the user of the account;

    f.  Any and all information pertaining to contacts, friends, correspondents, or groups associated with the sexual exploitation of children or the production, distribution, receipt, or possession of child pornography;

    g.  Any and all information that may be helpful in identifying minors being used in, or groomed for, the production of child pornography, including images or videos of clothed, semi-clothed, or nude minors which may be used to identify such minors;

    h.  Any and all information within the account that helps identify the user of the account or events relating to the crimes under investigation to determine the chronological and

geographic context of account access, use, and events relating to the crimes under investigation;

i.  Any and all information obtained by Live Me America, Inc. using cookies, web beacons, or pixel tags that may help identify who may have participated in the crimes under investigation;

j.  Any and all information about the devices used to access the account that may help identify who may have participated in the crimes under investigation or identify additional devices upon which the fruits of the crimes may be located;

k.  Any and all EXIF or other metadata about images, documents or correspondence reflecting a sexual interest in children, that may help identify the device or person who produced, sent, traded, received, or possessed child pornography or that may help identify the location of the child depicted, or that may help identify the user of the account used to engage in child exploitative acts;

l.  Any and all information concerning communications between individuals about the crime under investigation or the existence of sites on the Internet that contain child pornography or that cater to whose with an interest in child pornography or that is evidence of the crime under investigation;

m.  Any and all information concerning membership, or attempts to join, in online groups (FAMS), clubs, or services that provide or make accessible child pornography to members, and/or that advertise, promote, discuss or otherwise involve child pornography.

LiveMe America Inc. is hereby ordered to disclose the above information to the government within **14 DAYS** of issuance of this warrant.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the

disclosed electronic data to the custody and control of attorneys for the government and their

support staff for their independent review.